# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Harold Cooper, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CIV 15-2140-PHX-MHB |
| United States of America, | ) |
| Defendant, | ) |

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court after Bench Trial.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that  pursuant to the Court's Order of March 17, 2017, judgment is entered in favor of Plaintiff, Steven Harold Cooper, and against Defendant, the United States of America, in the total amount of $2,556,000.00.  The Complaint and this action are hereby terminated.


   March    17,  2017   　　　BRIAN D. KARTH
Date　　　　　　　　　　　　DCE/Clerk of Court

　　　　　　　　　　　　　　.   s/   Ruth E. Williams
　　　　　　　　　　　　　　By     Ruth E. Williams
　　　　　　　　　　　　　　Deputy Clerk